IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LEE MOODY,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CHIBA, et al.,<br><br>　　　　Respondents. | No. C 15-04117 HRL (PR)<br><br>**ORDER OF DISMISSAL** |

On September 10, 2015, Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day, the Clerk sent Petitioner a notice stating that the action was deficient because he did not pay the filing fee or file an In Forma Pauperis Application. (Docket No. 2.) Petitioner was directed to file a response within twenty-eight days of the notice to avoid dismissal of the action. (Id.) The deadline has passed and the Court has received no further communication from Petitioner.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee. The Clerk shall terminate any pending motions and close the file.

DATED: 10/26/15

HOWARD R. LLOYD
United States Magistrate Judge

Order of Dismissal
P:\PRO-SE\HRL\HC.15\04117Moody_dism-ifp.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONNIE LEE MOODY,

    Plaintiff,

v.

CHIBA, et al.,

    Defendants.

Case No.  15-cv-04117-HRL

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on October 26, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronnie Lee Moody ID: AX4388
San Quentin State Prison
I AC 645
San Quentin, CA 9497764

Dated: October 26, 2015

Susan Y. Soong
Clerk, United States District Court

By:  _____
Patty Cromwell, Deputy Clerk to the
Honorable HOWARD R. LLOYD